Decided December 12, 1994

AUDRA SUNG ET AL. *v.* RUSSELL BUTTERWORTH ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 35 Conn. App. 154 (AC 12102), is granted, limited to the following issue:

"Whether the issue was incorrectly framed by the Appellate Court as the failure of the [named] plaintiff to furnish the required notice pursuant to Practice Book § 220 (D) when the issue was whether, under the circumstances of this case, a treating physician can be compelled to furnish expert testimony on the standard of care?"

The Supreme Court docket number is SC 15156.

*Nicholas P. Cardwell,* in support of the petition.

*Andrew J. O'Keefe,* in opposition.

Decided December 12, 1994

STATE OF CONNECTICUT *v.* THURMAN GOODMAN

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 438 (AC 12271), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.